<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6395**

———————

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

    versus

RICKY DARDEN,

                    Defendant - Appellant.

———————

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CR-93-447, CA-99-2874-PJM)

———————

Submitted:  May 31, 2001          Decided:  June 11, 2001

———————

Before WILKINS, TRAXLER, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Ricky Darden, Appellant Pro Se.  Brent Jefferson Gurney, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ricky Darden appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000), and a subsequent order denying his motion for a certificate of appealability. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Darden, Nos. CR-93-447; CA-99-2874-PJM (D. Md. filed Nov. 30, 2000, entered Feb. 8, 2001; filed Mar. 1, 2001, entered Mar. 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED